ATTACHMENT AS TO WHY I AM A MAN, A.k.a. Alien

The correct way to legally get rid of the last name is John glenn : martin. This is the legal accepted way to eliminate last names. You see last names was devised by the Kings Exchequers in 1200 to 1300 to reap more taxes by adding last names to man. Source is the London historical Society that I have a certified copy. Remember there are no last names in the Bible. Up to the 1200s there were no last names in any place on earth. What was the last name of William the conqueror of 1066? The John that paid the tax, to the King of France, England ,Spain--- Well of course if John was asked, did you pay taxes he would say yes and so would a million other Johns. So last names then became known as a taxpayers to increase the coffers of the Exchequer. Which so happens to be the Bank of England that took control in 1916 According to the Congressional hearings in 1924 and letter to T Cushing Daniel letter to him from the Federal Reserve Board in 1916, when the private federal reserve turned it's duty over to the same bank that the 1776 war was fought over. The reason for all cap names is that it signifies and separates the Fiction PERSON from the Physical MAN. As all statutes address PERSON only and never can address MAN. The correct use is capitis diminutio maxima, blacks 5th page 191 at the bottom left column. MAN has status. PERSON has character.
 here is but a part of it. The Source is from Vol. XIII AMERICAN LAW AND PROCEDURE. JURISPRUDENCE AND LEGAL INSTITUTIONS. By James De Witt Andrews LL.B. (Albany Law School), LL.D. (Ruskin University) from La Salle University.

"A moment's reflection enables one to see that man and person cannot be synonymous, for there cannot be an artificial man, though there are artificial persons. Thus the conclusion is easily reached that the law itself often creates an entity or a being which is called a person; the law cannot create an artificial man, but it can and frequently does invest him with artificial attributes; this is personality, which we see and by which we are affected. Slaves, for instance, were not in a position to exercise their reason and will, and the law, therefore refused to treat them as personae."
"On the other hand, many personae had no physical existence. The law clothed certain abstract conceptions with an existence, and attached to them the capability of having and being subject to rights. Hale nowhere speaks of status, but uses the term "character" or "capacity." See note 60. below. SO PERSONS HAVE CHARACTER ONLY as SUBJECTS. So, a corporation, or an ecclesiastical institution, was a persona, quite apart from the individual personae who formed the one and administered the other. Even the riscus, or the imperial treasury, as being the symbol of the abstract conception of the emperor's claims, was spoken of as a persona. Ortolan's explanation of personality.(45) The substance of the above was undoubtedly taken from Ortolan's treatment of the subject as given in his History of the Roman Law, which is submitted because it is clear and concise:

"The word 'person' (persona) does not in the language of the law, as in ordinary language, designate the physical man. "
 So now read that you were once a man. As in Blacks as I stated., you were the Alien that the Writers of Federalist papers 42 and 43 feared. The Alien was a FREE MAN and Woman. Go

ahead and read those two papers that the US supreme Court recognizes it as authority. BUT when the corporation enticed MAN and WOMAN to be a member of the corporation as a citizen of the US or of a State citizen, then they lost the status as man and became a bonded PERSON to bondage of the corporation run by Satan thru the Black Pope of the Vatican. When the Black Man was Freed, they too became a MAN and lost the character of 3/5th PERSON or slave. The 14th made sure he and everyone was a PERSON. So that's the reason for capitis diminutio maxima.. For the US. INC, had to keep Man in bondage with citizenship of their corporation. NOW the correct term of law for MAN is nonresident ALIEN. Yes the corporate attorney law writers creating the term NONRESIDENT ALIEN for Man hid it in the open, mainly in tax law. Just as stated by the Informer in 1990 in his Which One Are You book. Then you lose citizenship of the corporation, by declaring I AM a CITIZEN of the HOUSEHOLD OF GOD ALMIGHTY Eph 2:19. NOW replace ALIEN with MAN in Solicitor General of the United States corporation Statement and SUBJECT CITIZEN is self explanatory. It's all a word and term game the judiciary use. PEOPLE and INDIVIDUAL are TERMS of Law now. And, it's the Substantive law of Admiralty Jurisdiction that all states and United States use. Ready for some changes in Whitings statement in his War Powers book at page 322 printed 1864, And anyone can get it at the source. SOURCE: The Legal Classics Library War Powers under The Constitution of the United States 1864 tenth Ed Entered by Act of Congress In the Clerk's Office of the District Court of the District of Massachusetts Special Edition 1997.

P.322
MILITARY GOVERNMENT.
"tinction between enemies who are subjects of a foreign government, and are therefore called" alien enemies," and those who are denizens and subjects of the United States, and being engaged in civil war, are called" public enemies. "
**An alien owes no allegiance or obedience to our government, or to our constitution, laws, or proclamations. . A citizen subject is bound to obey them all. In refusing such obedience, he is guilty of crime against his country, and finds in the law of nations no justification for disobedience. An alien, being under no such obligation, is justified in refusing such obedience. Over an alien enemy, our government can make no constitution, law, or proclamation of obligatory force, because our laws bind only our own subjects, and have no extra-territorial jurisdiction.**
Over citizens who are subjects of this government, even if they have so far repudiated their duties as to become enemies, our constitution, statutes, and proclamations are the supreme law of the land. . The fact that their enforcement is resisted does not make them void. It is not in the power of armed subjects of the Union to repeal or legally nullify our constitution, laws, or other governmental acts." As James Wilson stated I am not under any law of nations. James Wilson explains it this way. "Puffendorf thought that the Law of Nature and the Law of Nations were precisely the same, he has not, in his book on these subjects, treated of the Law of Nations separately, but has everywhere joined it with the law of nature, properly, so called. His example has been followed by the greatest part of succeeding writers. But the imitation of it has produced a confusion of two objects, which ought to have been viewed and studied distinctly and apart. Through the Law of Nations, properly so called, be a part of the law of nature; through it spring

from the same source; and through it is attended with the same obligatory power; yet it must be remembered that its application is made to very different objects. The law of nature is applied to individuals; the law of nations is applied to states."


Man's only bound by the Law of Nature and that is God's Law  Nations, may enter into treaties under the Law of Nations while man is not bound by treaties under the Law of Nations because man, the individual, cannot make treaties with other Nations.
     The physiocrats were scientists of the natural order who embraced the Law of Nature and Nations. They regarded private property to be the perfect product of the natural order and believed if artificial governments were removed; the natural order would resume its usual course at once. "

Jan 16, 2011